UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

JESSICA M. FROST,

                Plaintiff,

                                                      DECISION AND ORDER
        v.                                               16-CV-7A

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.

═══════════════════════════════════

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 1, 2018, Magistrate Judge Foschio filed a Report and Recommendation (Dkt. No. 12), recommending that Plaintiff's motion for judgment on the pleadings (Dkt. No. 7) be denied, and that Defendant's motion for similar relief (Dkt. No. 9) be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, Plaintiff's motion for judgment on the pleadings is denied, and Defendant's motion for similar relief is granted.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

    *s/Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: April 12, 2018